HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIKE McCALL, et al, | CASE NO. C10-5564RBL |
| Plaintiff, | ORDER |
| v. | |
| INTERCITY TRANSIT, et al, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion to Waive Fees [Dkt. #29]. Plaintiff Michael McCall seeks leave to appeal *in forma pauperis*. He is appealing this Court's denial of his Motion for Reconsideration of the Court Order denying his Motion for a Preliminary Injunction.

Plaintiff's Motion [Dkt. #29] is **DENIED**. First, the form used by Plaintiff to demonstrate his inability pay for fees and costs does not provide the detail required by Form 4 of the Appendix of Forms. Fed. R. App. P. 24(a)(1). And, second, the appeal is frivolous. Fed. R. App. P. 24(a)(2).

**IT IS SO ORDERED.**

ORDER- 1

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any
2 party appearing pro se.
3    Dated this 3rd day of March, 2011.

                     _____
                     RONALD B. LEIGHTON
                     UNITED STATES DISTRICT JUDGE

ORDER- 2